# United States District Court
## Southern District of Georgia

SONTONYIO NEELY,

_____  Case No.  __1:24-cv-248__
Plaintiff

v.  AMERICAN CONCRETE, INC.,    Appearing on behalf of
                                         Defendant.
_____             _____
Defendant                                  (Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __24th__ day of __February__, __2025__.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:  Paige M. Lyle

Business Address:  FordHarrison LLP
                   Firm/Business Name

                   150 Third Avenue South, Suite 2010
                   Street Address

                   _____  Nashville   TN    37201
                   Street Address (con't)  City   State  Zip

                   _____
                   Mailing Address (if other than street address)

                   _____  _____  _____  _____
                   Address Line 2  City   State   Zip

                   615-574-6705              283683
                   Telephone Number (w/ area code)   Georgia Bar Number

Email Address:  plyle@fordharrison.com